UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In The Matter Of: | ) | |
| | ) | |
| Christopher J Finazzo | ) | Case No. 10-44457-659 |
| | ) | |
| Debtor, | ) | Chapter 7    #6 |
| | ) | |
| U.S. Bank, N.A., it's Successors | ) | Hearing Date: June 21, 2010 |
| and/or Assigns | ) | Hearing Time:  10:00 AM |
| Movant, | ) | |
| | ) | **ORDER** |
| | ) | |

The Motion for Relief from the Automatic Stay, filed by U.S. Bank, N.A., it's Successors and/or Assigns called for hearing.

Upon consideration of the pleadings and the record as a whole, the Court finds and concludes that the Movant has a security interest in the following property:

LOT 26 IN BLOCK 11 OF WATSON TERRACE AND IN BLOCK 5986 OF THE CITY OF ST. LOUIS, FRONTING 35 FEET ON THE NORTH LINE OF WINONA AVENUE, BY A DEPTH NORTHWARDLY OF 125 FEET TO AN ALLEY

The Court further finds and concludes that there is no equity in this property for the benefit of the bankruptcy estate; that Movant has not been afforded adequate protection for its interest and that said property is not necessary for an effective reorganization. It is therefore,

ORDERED, ADJUDGED AND DECREED that the stay provided for by Section 362 of Title 11, United States Code, is terminated to permit the Movant to foreclose its security interest in the herein described property and to pursue its remedies in accordance with the security agreement and state law including obtaining possession of the property after foreclosure.

IT IS FURTHER ORDERED that all further relief prayed for by Movant is hereby DENIED.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
U.S. Bankruptcy Judge

DATED:  June 17, 2010
St. Louis, Missouri
JJH

1

COPIES TO:
Vernon D. Singer
Cynthia M. Woolverton
Attorneys for Movant
612 Spirit Drive
St. Louis, MO 63005

Tracy A. Brown
The Law Office of Tracy A. Brown
Attorney for Debtor
1034 S. Brentwood Blvd., Suite 1830
St. Louis, MO 63117
tbrownfirm@bktab.com

Christopher J Finazzo
6523 Winona Ave
Saint Louis, MO 63109

Robert J. Blackwell
Blackwell and Associates
Chapter 7 Trustee
PO Box 310
O'Fallon, MO 63366-0310

Office of the U.S. Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th St., Suite 6353
St. Louis, MO 63102